No. 4384.—Romero et. al., apltes., *v.* Castillo et al., apldos.—C. D. San Juan. Abril 10, 1928. Apareciendo que vencida el primero de noviembre de 1927 la prórroga que

concedimos a los apelantes para presentar alegato para su apelación no lo ha radicado a pesar del tiempo transcurrido hasta hoy, debemos desestimar y desestimamos esta apelación.